UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

MICHAEL MADISON,

                Plaintiff,

                                                  No. 9:08-CV-1125
        vs.                                        (FJS/RFT)

GRECO, Correctional Counselor,
Coxsackie Correctional Facility; BAILEY,
Senior Correctional Counselor,
Coxsackie Correctional Facility;
GUITWEIN, CHO, Coxsackie Correctional
Facility,

                Defendants.

_____

APPEARANCES:

                                                  OF COUNSEL

MICHAEL MADISON
*Plaintiff Pro Se*
05-R-3756
Elmira Correctional Facility
PO Box 500
Elmira, NY   14920

HON. ANDREW M. CUOMO                     Krista A. Rock, Esq.
Attorney General for the                       Assistant Attorney General
   State of New York
Attorney for Defendants
The Capitol
Albany, NY   12224

**FREDERICK J. SCULLIN, JR., S.J.**

**<u>DECISION AND ORDER</u>**

Currently before the Court is Magistrate Judge Randolph F. Treece's Report-Recommendation filed February 19, 2010, to which the parties have filed no objections. Accordingly, the Court having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed February 19, 2010 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that defendants' Motions to Dismiss is **GRANTED** in its entirety, and the Court further

**ORDERS** that the complaint is **DISMISSED IN ITS ENTIRETY**, and the Court further

**ORDERS** that the Clerk of the Court is to enter judgment in favor of the defendant and close this case.

**IT IS SO ORDERED.**

Dated:   March 12, 2010
         Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge